UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

| | |
|---|---|
| CRAIG SHERMAN MILLER | CASE NO: 15-57370 |
| BRENDA JOYCE MILLER | CHAPTER: 11 |
| | JUDGE: THOMAS J. TUCKER |
| _____Debtor(s)_____ / | |

## STIPULATION ADJOURNING CONFIRMATION SET FOR JANUARY 18, 2017 TO FEBRUARY 8, 2017

**THIS MATTER** having come before the Court on the request of the Debtors Craig and Brenda Miller, and the Internal Revenue Service to adjourn confirmation currently set for January 18, 2017, three weeks until February 8, 2017, or as soon thereafter as this Court may hear counsel; that the only outstanding issues to confirmation are the Internal Revenue Service's Objection to Confirmation; that the parties are currently in negotiation and believe a resolution will be made; that the United States Trustee's office being informed of the adjournment and has no objection; and the Court otherwise fully advised in its premises;

**IT IS HEREBY STIPULATED** that the Confirmation hearing on Debtors' First Amended Chapter 11 Plan of Reorganization and Disclosure Statement, as well as the Internal Revenue Service's Objection to Confirmation, currently set for January 18, 2017 is adjourned to February 8, 2017 at 11 a.m., before the Honorable Thomas J. Tucker in his courtroom located at 211 W. Fort Street, Detroit, MI 48226, Courtroom 1925; or as soon thereafter as counsel may be heard.

Approved as to form and substance:

| | |
|---|---|
|     /s/ C. Jason Cardasis     |     /s/Kevin Erskine     |
| C. Jason Cardasis (P54930) | Kevin Erskine (P69120) |
| Attorney for Debtors | United State of America |
| 24100 Woodward Avenue | Office of the Department of Justice |
| Pleasant Ridge, MI 48069 | 211 W. Fort Street |
| 248-584-2100 | Detroit, MI 48226 |
| jasoncardasis@boclaw.com | 313-226-9610 |
| | Kevin.Erskine@usdoj.com |

    /s/Ronna G. Jackson    
Ronna G. Jackson
Trial Attorney
U.S. Department of Justice
Office of the U.S. Trustee
211 W. Fort St., Ste. 700
Detroit MI 48226
Phone: (313) 226-7934
E-mail: Ronna.G.Jackson@usdoj.gov

UNITED STATES BANKRUPTCY COURT
                       EASTERN DISTRICT OF MICHIGAN
                         SOUTHERN DIVISION - DETROIT

IN RE:

CRAIG SHERMAN MILLER           CASE NO:    15-57370
BRENDA JOYCE MILLER            CHAPTER:    11
                               JUDGE:      THOMAS J. TUCKER
_____Debtor(s)_____/

## ORDER ADJOURNING CONFIRMATION SET FOR JANUARY 18, 2017 TO FEBRUARY 8, 2017

**THIS MATTER** having come before the Court on the request of the Debtors Craig and Brenda Miller, and the Internal Revenue Service to adjourn confirmation currently set for January 18, 2017, three weeks until February 8, 2017, or as soon thereafter as this Court may hear counsel; that the only outstanding issues to confirmation are the Internal Revenue Service's Objection to Confirmation; that the parties are currently in negotiation and believe a resolution will be made; that the United States Trustee's office being informed of the adjournment and has no objection; and the Court otherwise fully advised in its premises;

**IT IS HEREBY ORDERED** that the Confirmation hearing on Debtors' First Amended Chapter 11 Plan of Reorganization and Disclosure Statement, as well as the Internal Revenue Service's Objection to Confirmation, currently set for January 18, 2017 is adjourned to February 8, 2017 at 11 a.m., before the Honorable Thomas J. Tucker in his courtroom located at 211 W. Fort Street, Detroit, MI 48226, Courtroom 1925; or as soon thereafter as counsel may be heard.